■ Babbidean Huber, Respondent, v Bernhard J. Huber, Appellant. (Appeal No. 2) [646 NYS2d 489] —Order affirmed with costs. Same Memorandum as in *Huber v Huber* (229 AD2d 904 [decided herewith]).

All concur, Doerr, J., not participating. (Appeal from Order of Supreme Court, Erie County, Francis, J.—Counsel Fees.) Present—Denman, P. J., Lawton, Doerr and Balio, JJ.